**FILED**
**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VEENOD PATEL, TARA V. PATEL, RAMAN J.PATEL, VICTOR SOLIA, ROSA SOLIA, SHARADCHANDRA K. DANI, DIPEN B. PATEL, SHITAL D. PATEL, KIRAN G. SHAH, MAHESH V. MODY, PANNY MODY, PRITI K. SHAH, DEVANG H. PATEL, HARSHAD N. THAKKAR, SUDHA H. THAKKAR, BIREN SHAH, CHANCAL M. PATEL, KISHAN N. PATEL, RITA K. PATEL, MANUBHAI PATEL, DAVE BRAHMBHATT, BARKAT GILLANI, HARSHA P. SHUKLA, PRADEEP B. SHUKLA, AMI MEHTA, AKSHAY THAKER, JAYA K. PATEL, KANTI S. PATEL, VIBHA THAKER, ROMA SHAH, SANJEET SHAH, GANSHYAM PATEL, ARUNKUMAR TRIVEDI, NARENDRA A. PATEL, VIDYUT PATEL, BABU PATEL, CHIMAN PATEL, HARESH K. SHAH, MOTI AGARWAL, RAJ SAVSANI, DAKSHA J. PATEL, JITENDRA R. PATEL, JENNIE E. CANNELL PURI, SUNIL PURI, SUMANBHAI D. BHAKTA, KIRIT MADHIWALA, MANSOORALI LAKHANI, MOHAMMED GILANI, SHAHIM LAKHANI, VYOMESH M. JOSHI, KALPESH JOSHI, ASHOK B. SHAH, and GITA A. SHAH<br><br>  Plaintiffs<br>v.<br><br>DILIPKUMAR PATEL, ASHWIN PATEL, and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION,<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:<br><br>**08 C 386**<br><br>**JUDGE MANNING**<br>**MAGISTRATE JUDGE COX** |

### NOTICE OF FILING

To: Paul Caghan
    PAUL CAGHAN, P.C.
    2506 N. Clark Street
    Chicago, IL 60614

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Dilipkumar Patel, Ashwin Patel and Asian American Hotel Owners Association Inc. filed in the United States District Court for the Northern District of Illinois, Eastern Division, their Notice of Removal of the case of *Patel, et al. v. Patel, et al.*, which Plaintiffs originally filed in the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 07 L 8910, a copy of the Notice of Removal being attached hereto and served with this Notice of Filing.

Dated: January 17, 2008

Respectfully submitted,

DILIPKUMAR PATEL, ASHWIN PATEL, and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION INC.

By: ___/s/ Bevin M. Brennan___
      One of Their Attorneys

Paul T. Fox
Bevin M. Brennan
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Firm ID No.: 36511

## **CERTIFICATE OF SERVICE**

    I, Bevin M. Brennan, an attorney, hereby certify that I served a true and correct copy of the foregoing **NOTICE OF FILING** and **NOTICE OF REMOVAL** were sent via messenger on January 17, 2008 upon:

    Paul Caghan
    PAUL CAGHAN, P.C.
    2506 N. Clark Street
    Chicago, IL 60614

                                                  /s/ Bevin M. Brennan