AEE

**FILED**
**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 386**

| | |
|---|---|
| In the Matter of<br>VEENOD PATEL, et al.<br>v.<br>DILIPKUMAR PATEL, ASHWIN PATEL, and<br>ASIAN AMERICAN HOTEL OWNERS ASSOCIATION | Case Number:<br><br><br><br>**JUDGE MANNING**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DILIPKUMAR PATEL, ASHWIN PATEL, and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION, Defendants.

| | |
|---|---|
| NAME (Type or print)<br>Bevin M. Brennan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Bevin M. Brennan | |
| FIRM<br>GREENBERG TRAURIG, LLP | |
| STREET ADDRESS<br>77 West Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271982 | TELEPHONE NUMBER<br>(312) 456-8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |