

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

January 18, 2008

(312)435-5691

Paul A. Caghan
Paul Caghan, P.C.
2506 North Clark Street
Chicago, IL 60614

RE:            Patel, et al., vs. Patel, et al.,
USDC Case No.    08 C 386 -   Judge Blanche M. Manning

Dear Counselor:

The records of this office indicate that on January 17, 2008, a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 07 L 8910. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    s/ Haydee Pawlowski
       Deputy Clerk

Enclosure