# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VEENOD PATEL, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No.: 08 CV 386 |
| v. ) | |
| ) | Hon. Blanche M. Manning |
| DILIPKUMAR PATEL, ASHWIN PATEL, and ) | |
| ASIAN AMERICAN HOTEL OWNERS ) | Magistrate Judge Susan E. Cox |
| ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Paul Caghan
     PAUL CAGHAN, P.C.
     2506 N. Clark Street
     Chicago, IL 60614

PLEASE TAKE NOTICE that on Tuesday, February 5, 2008, at 11:00 a.m., the undersigned shall appear before The Honorable Judge Blanche M. Manning at Dirksen Federal Building, located at 219 South Dearborn, Chicago, Illinois, Courtroom 2125, and shall then and there present **DEFENDANTS DILIPKUMAR PATEL, ASHWIN PATEL, AND ASIAN AMERICAN HOTEL OWNERS ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6)** a copy of which is hereby served upon you.

Dated: January 25, 2008            DILIPKUMAR PATEL, ASHWIN
                                   PATEL, and ASIAN AMERICAN HOTEL
                                   OWNERS ASSOCIATION

                                   By:  /s/ Bevin M. Brennan
                                        One of Their Attorneys

Paul T. Fox
Bevin M. Brennan
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL  60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

*CHI 56,958,975v1 1/21/2008*

## CERTIFICATE OF SERVICE

      I, Bevin M. Brennan, an attorney, hereby certify that I served a true and correct copy of the foregoing **NOTICE OF MOTION; DILIPKUMAR PATEL, ASHWIN PATEL, AND ASIAN AMERICAN HOTEL OWNERS ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**; and **MEMORANDUM OF DILIPKUMAR PATEL, ASHWIN PATEL, AND ASIAN AMERICAN HOTEL OWNERS ASSOCIATION IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** were sent via United States Postal Service, First-Class Mail, postage pre-paid, on January 25, 2008 upon:

        Paul Caghan
        PAUL CAGHAN, P.C.
        2506 N. Clark Street
        Chicago, IL 60614

                              /s/ Bevin M. Brennan