```
                    KC FILED
                        FEB 15 2008
                        MICHAEL W. DOBBINS
                        CLERK, U.S. DISTRICT COURT
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VEENOD PATEL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  08 C 386 |
| | ) | |
| DILIPKUMAR PATEL, et al., | ) | |
| | ) | Judge Blanche M. Manning |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Paul T. Fox
      Bevin M. Brennan
      GREENBERG TRAURIG, LLP
      77 West Wacker Drive
      Suite 2500
      Chicago, IL 60601

   PLEASE TAKE NOTICE that on February 21, 2008, at 11:00 a.m., we shall appear before the Honorable Blanche M. Manning in Courtroom 2125, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFFS' MOTION TO REMAND TO STATE COURT**, a copy of which is attached and hereby served upon you.

Dated: January 15, 2008                 Respectfully submitted,

                                        PLAINTIFFS

                                        By: _____
                                            Attorney for Plaintiffs

1

PAUL CAGHAN (ARDC # 3123213)
PAUL CAGHAN, P.C.
Attorney for Plaintiffs
2506 North Clark Street
Chicago, IL  60614
(312) 251-1101

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he properly delivered a copy of the foregoing NOTICE OF MOTION to the attorneys for defendants this 15th day of January, 2008, to the following address:

Paul T. Fox
Bevin M. Brennan
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601

_____

3