IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VEENOD PATEL, et al. ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> DILIPKUMAR PATEL, ASHWIN PATEL, and ) <br> ASIAN AMERICAN HOTEL OWNERS ) <br> ASSOCIATION, ) <br> ) <br> Defendants. ) | Case No.: 08 CV 386 <br><br> Hon. Blanche M. Manning <br><br> Magistrate Judge Susan E. Cox |

**DILIPKUMAR PATEL, ASHWIN PATEL, AND ASIAN AMERICAN HOTEL OWNERS ASSOCIATION REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

On January 25, 2008, Defendants Dilipkumar Patel, Ashwin Patel, and Asian American Hotel Owners Association (collectively, "Defendants") filed their Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). On February 5, 2008, this Court issued a minute order requiring Plaintiffs to respond to Defendants' Motion to Dismiss by March 4, 2008 and Defendants to file their reply by March 18, 2008.

Plaintiffs failed to file any response to Defendants' Motion to Dismiss, which is therefore uncontested. Defendants stand on their Motion to Dismiss and Memorandum in Support and expressly incorporate them herein. Defendants respectfully request that this Court dismiss Plaintiffs' Complaint in its entirety, award Defendants their costs and fees, and grant any other just relief.

Dated: March 18, 2008

Respectfully submitted,

DILIPKUMAR PATEL, ASHWIN PATEL, and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION

By: /s/ Bevin M. Brennan
      One of Their Attorneys

Paul T. Fox
Bevin M. Brennan
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435

## CERTIFICATE OF SERVICE

    I, Bevin M. Brennan, an attorney, hereby certify that I served a true and correct copy of the foregoing **DILIPKUMAR PATEL, ASHWIN PATEL, AND ASIAN AMERICAN HOTEL OWNERS ASSOCIATION REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** was sent via messenger, on March 18, 2008 upon:

> Paul Caghan
> PAUL CAGHAN, P.C.
> 2506 N. Clark Street
> Chicago, IL  60614

                                                  /s/ Bevin M. Brennan