Firm I.D. 24025

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT   LAW DIVISION

| | |
|---|---|
| VEENOD PATEL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No.   07 L 8910 |
| | ) |
| DILIPKUMAR PATEL, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**NOW COME** the plaintiffs by and through their attorney and for their Motion for Leave to File Amended Complaint state that the plaintiffs seek leave of court to file their amended complaint instanter.  A copy of the proposed amended complaint is attached to this motion.

WHEREFORE, plaintiffs pray for the relief stated hereinabove.

PLAINTIFFS

By: _____
       Attorney for Plaintiffs

PAUL CAGHAN
PAUL CAGHAN, P.C.
Attorney for Plaintiffs
2506 North Clark Street
Chicago, IL  60614
Firm I.D. 24025

CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that he properly mailed a copy of the foregoing to the attorneys for defendants this 20th day of December, 2007, addressed as follows:

      Paul T. Fox
      Bevin M. Brennan
      GREENBERG TRAURIG, LLP
      77 West Wacker Drive
      Suite 2500
      Chicago, IL  60601

                                                                 _____

m
        Freedman Anselmo Lindberg & Raffe LLC
        1807 W. Diehl Rd.
        Naperville, IL 60563

                                                                                                                                  _____