IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VEENOD PATEL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.   08  C  386 |
| | ) | |
| DILIPKUMAR PATEL, et al., | ) | |
| | ) | Judge Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:     Paul T. Fox
        Bevin M. Brennan
        GREENBERG TRAURIG, LLP
        77 West Wacker Drive
        Suite 2500
        Chicago, IL  60601

    PLEASE TAKE NOTICE that on April 3, 2008, at 11:00 a.m., we shall appear before the Honorable Blanche M. Manning in Courtroom 2125, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT INSTANTER,** a copy of which is attached and hereby served upon you.


Dated:  March 31, 2008                    Respectfully submitted,

                                          PLAINTIFFS

                                          s/ Paul Caghan
                                          Paul Caghan, P.C.
                                          2506 N. Clark St.
                                          Chicago,  IL 60614
                                          (312) 251-1101
                                          (A.R.D.C. #3123213)

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that service was accomplished on March 31, 2008 pursuant to ECF as to Filing Users and service complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                    s/ Paul Caghan  
                                                   Paul Caghan, P.C.  
                                                   2506 N. Clark St.  
                                                 Chicago, IL 60614  
                                                 (312) 251-1101  
                                                 (A.R.D.C. #3123213)