# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Veenod Patel, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00386
                                                Honorable Blanche M. Manning

Dilipkumar Patel, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning: Motion hearing held on 4/3/2008.Plaintiffs' motion to remand [13] is withdrawn. Plaintiffs' motion to file instanter [18] is denied without prejudice.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.