IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VEENOD PATEL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No.   08 C 386 |
| | ) |
| DILIPKUMAR PATEL, et al., | ) |
| | )   Judge Blanche M. Manning |
| Defendants. | ) |

## NOTICE OF MOTION

TO:    Paul T. Fox
         Bevin M. Brennan
         GREENBERG TRAURIG, LLP
         77 West Wacker Drive
         Suite 2500
         Chicago, IL  60601

      PLEASE TAKE NOTICE that on July 1, 2008, at 11:00 a.m., we shall appear before the Honorable Blanche M. Manning in Courtroom 2125, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT INSTANTER,** a copy of which is attached and hereby served upon you.

Dated:  June 20, 2008                            Respectfully submitted,

                                                          PLAINTIFFS

                                                          By: _____
                                                               Attorney for Plaintiffs

PAUL CAGHAN (ARDC # 3123213)
PAUL CAGHAN, P.C.
Attorney for Plaintiffs
2506 North Clark Street
Chicago, IL  60614
(312) 251-1101

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that service was accomplished on June 20, 2008 pursuant to ECF as to Filing Users and service complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                  s/ Paul Caghan
                                  Paul Caghan, P.C.
                                  2506 N. Clark St.
                                  Chicago, IL 60614
                                  (312) 251-1101
                                  (A.R.D.C. #3123213)