IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VEENOD PATEL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.   08  C  386 |
| | ) |
| DILIPKUMAR PATEL, et al., | ) |
| | ) Judge Blanche M. Manning |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE INSTANTER

NOW COME the plaintiffs and for their Motion for Leave to File Response Instanter state as follows:

1. The plaintiffs' Response in support of motion for leave to file third amended complaint was due on Friday, July 25, 2008.

2. Over the past week, the plaintiffs' attorney was otherwise engaged in the matter of *Source America, Inc. et al. v. Dr. Satya Kaushal et al.*, Cook County Law Division No. 08 L 7638, and was unable to properly prepare the response in this case.

3. The plaintiffs submit their Response attached to this motion.

WHEREFORE, the plaintiffs pray that this Honorable Court grant leave to plaintiffs to file instanter their Response in Support of Motion for Leave to File Third Amended Complaint, and for such further relief as the court deems just.

1

Dated:  July 28, 2008                              Respectfully submitted,

                                                   PLAINTIFFS

                                                   s/ Paul Caghan
                                                   Paul Caghan, P.C.
                                                   2506 N. Clark St.
                                                   Chicago,  IL 60614
                                                   (312) 251-1101
                                                   (A.R.D.C. #3123213)

CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that service was accomplished on July 28, 2008 pursuant to ECF as to Filing Users and service complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                   s/ Paul Caghan
                                                   Paul Caghan, P.C.
                                                   2506 N. Clark St.
                                                   Chicago,  IL 60614
                                                   (312) 251-1101
                                                   (A.R.D.C. #3123213)

2