IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VEENOD PATEL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.   08  C  386 |
| | ) | |
| DILIPKUMAR PATEL, et al., | ) | |
| | ) | Judge Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE IN SUPPORT OF MOTION FOR
<u>LEAVE TO FILE THIRD AMENDED COMPLAINT INSTANTER</u>**

NOW COME the plaintiffs and for their Response in Support of Motion for Leave to File Third Amended Complaint Instanter state as follows:

1. The plaintiffs' claims are the opposite of "meritless." A member of the AAHOA Board of Directors, Mr. Hemant D. Patel, is expected to testify to the allegations of kickbacks and skimming by AAHOA leadership and other wrongful conduct. As a Director-at-Large, Mr. Patel has knowledge of the inner workings of the AAHOA Board of Directors, including the actions of Dilipkumar "Danny" Patel, Chairman, and Ashwin Patel, Vice-Chairman.

2. Defendants have insisted on increased factual detail in the complaints. To bolster the complaint and garner documents for Mr. Patel's testimony, plaintiffs asked defendants for turnover of documents in defendants' control. (*See* **Exhibit A**, *Letter to Paul T. Fox dated May 17, 2008*).

1

3. Plaintiffs' attorney called defendants' attorney Mr. Fox on or about June 5, 2008 and left a message stating that plaintiffs wished to discuss turnover of the documents mentioned in the letter. Defendants' attorneys failed to return the phone call. Plaintiffs submit that defendants' written response shows a lack of good faith in conducting a scheduling conference. (*See* **Exhibit B**, *Letter to Paul Caghan dated June 6, 2008*).

WHEREFORE, the plaintiffs pray that this Honorable Court grant leave to plaintiffs to file instanter their Third Amended Complaint, and for such further relief as the court deems just.

Dated:  July 28, 2008                                    Respectfully submitted,

                                                         PLAINTIFFS

                                                         s/ Paul Caghan
                                                         Paul Caghan, P.C.
                                                         2506 N. Clark St.
                                                         Chicago, IL 60614
                                                         (312) 251-1101
                                                         (A.R.D.C. #3123213)

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that service was accomplished on July 28, 2008 pursuant to ECF as to Filing Users and service complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                s/ Paul Caghan
                                                Paul Caghan, P.C.
                                                2506 N. Clark St.
                                                Chicago, IL 60614
                                                (312) 251-1101
                                                (A.R.D.C. #3123213)