IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VEENOD PATEL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.   08  C  386 |
| | ) | |
| DILIPKUMAR PATEL, et al., | ) | |
| | ) | Judge Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Paul T. Fox
      Bevin M. Brennan
      GREENBERG TRAURIG, LLP
      77 West Wacker Drive
      Suite 2500
      Chicago, IL  60601

    PLEASE TAKE NOTICE that on July 31, 2008, at 11:00 a.m., we shall appear before the Honorable Blanche M. Manning in Courtroom 2125, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE INSTANTER,** a copy of which is attached and hereby served upon you.

Dated:  July 28, 2008                                   Respectfully submitted,

                                                                                             PLAINTIFFS

                                                                                             s/ Paul Caghan
                                                                                             Paul Caghan, P.C.
                                                                                             2506 N. Clark St.
                                                                                             Chicago,  IL 60614
                                                                                             (312) 251-1101
                                                                                             (A.R.D.C. #3123213)

1

PAUL CAGHAN (ARDC # 3123213)
PAUL CAGHAN, P.C.
Attorney for Plaintiffs
2506 North Clark Street
Chicago, IL  60614
(312) 251-1101

CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that service was accomplished on July 28, 2008 pursuant to ECF as to Filing Users and service complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      s/ Paul Caghan
Paul Caghan, P.C.
2506 N. Clark St.
Chicago,  IL 60614
(312) 251-1101
(A.R.D.C. #3123213)