UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Veenod Patel, et al.
                        Plaintiff,

v.                                         Case No.: 1:08−cv−00386
                                             Honorable Blanche M. Manning

Dilipkumar Patel, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Plaintiffs' motion for leave to file response instanter[27] is granted. The court notes, however, that in the future, counsel MUST seek an extension before the due date passes. Scheduling orders are not discretionary, and the court strongly disfavors untimely requests for extensions. Reply now due 8/14/2008.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.