# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VEENOD PATEL, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No.: 08 CV 386 |
| ) | |
| v. ) | Hon. Blanche M. Manning |
| ) | |
| DILIPKUMAR PATEL, ASHWIN PATEL, and ) | Magistrate Judge Susan E. Cox |
| ASIAN AMERICAN HOTEL OWNERS ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| STATE OF FLORIDA ) | |
| ) | |
| COUNTY OF MIAMI-DADE ) | |

### AFFIDAVIT OF HEMANT D. PATEL

Hemant D. Patel, being first duly sworn under oath, deposes and states:

1. My name is Hemant D. Patel. I am over the age of 21 and reside in Miami-Dade County, Florida.

2. I have personal knowledge of the facts set forth in this Affidavit and would be competent to testify thereto if called as a witness in this proceeding.

3. I am a Director-at-Large on the Board of Directors of the Asian American Hotel Owners Association ("AAHOA"). I am currently also serving as Treasurer of AAHOA.

4. I have reviewed Plaintiffs' Response in Support of Motion for Leave to File Third Amended Complaint Instanter ("Plaintiffs' Response") filed on July 28, 2008, in the case *Patel v. Patel*, No. 08 C 386, pending before this Court.

5.  In Plaintiffs' Response, Plaintiffs identify me as a member of the AAHOA Board of Directors who "is expected to testify to the allegations of kickbacks and skimming by AAHOA leadership and other wrongful conduct." (Pl. Resp. ¶ 1.)

6.  I have no knowledge of any "kickbacks" or "skimming" by any of AAHOA's leadership or members of the Board of Directors, and could not testify to any such conduct.

7.  I have no knowledge of any wrongful actions taken by former AAHOA Chairman and current Ex-Officio Chairman Dilipkumar Patel or current AAHOA Chairman and former Vice-Chairman Ashwin Patel.

8.  I did not authorize Plaintiffs to identify me as a witness who would provide testimony supporting their claims.

FURTHER AFFIANT SAYETH NOT.

_____
Hemant D. Patel

Sworn to and subscribed to before me,
this 4 day of August 2008.

_____
Notary Public



SHERRI BASS
MY COMMISSION # DD 364694
EXPIRES: December 15, 2008
Bonded Thru Budget Notary Services

2