**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VEENOD PATEL, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Case No.:  08 CV 386 |
| v. | ) | |
| | ) | Hon. Blanche M. Manning |
| DILIPKUMAR PATEL, ASHWIN PATEL, and | ) | |
| ASIAN AMERICAN HOTEL OWNERS | ) | Magistrate Judge Susan E. Cox |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    Paul Caghan
       PAUL CAGHAN, P.C.
       2506 N. Clark Street
       Chicago, IL 60614

PLEASE TAKE NOTICE that on Thursday, August 21, 2008, at 11:00 a.m., the undersigned shall appear before The Honorable Judge Blanche M. Manning at Dirksen Federal Building, located at 219 South Dearborn, Chicago, Illinois, Courtroom 2125, and shall then and there present **DEFENDANTS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SURREPLY IN FURTHER OPPOSITION TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT INSTANTER**, a copy of which is hereby served upon you.

Dated: August 14, 2008

DILIPKUMAR PATEL, ASHWIN
PATEL, and ASIAN AMERICAN HOTEL
OWNERS ASSOCIATION

By:    /s/ Bevin M. Brennan
       One of Their Attorneys

Paul T. Fox
Bevin M. Brennan
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435

## <u>CERTIFICATE OF SERVICE</u>

I, Bevin M. Brennan, an attorney, hereby certify that I served a true and correct copy of the foregoing **DEFENDANTS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SURREPLY IN FURTHER OPPOSITION TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT INSTANTER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul Caghan
PAUL CAGHAN, P.C.
2506 N. Clark Street
Chicago, IL 60614

caghan@ameritech.net

_____/s/ Bevin M. Brennan_____