UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Veenod Patel, et al.
                             Plaintiff,

v.                                                Case No.: 1:08–cv–00386
                                                         Honorable Blanche M. Manning

Dilipkumar Patel, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendants' Motion to strike or, in the alternative, for leave to file a surreply in further opposition to motion for leave to file third amended complaint, instanter [30] is taken under advisement. The Court will rule on this motion when it rules on the underlying motion. No appearance is necessary for 8/21/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.